

# PAVAN PARIKH
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

```
ELECTRONICALLY FILED
April 12, 2023 10:29 AM
     PAVAN PARIKH
    Clerk of Courts
  Hamilton County, Ohio
  CONFIRMATION 1307477
```

**THE UNIVERSITY HOSPITAL**       **A 2301532**

**vs.**
**FIDELIS CARE CORPORATION**

FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND

PAGES FILED: 5

**EXHIBIT A**

EFR200

IN THE COURT OF COMMON PLEAS COURT
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| **THE UNIVERSITY HOSPITAL** | ) | CASE NO. |
| 234 Goodman Street | ) | |
| Cincinnati, OH 45219 | ) | JUDGE |
| | ) | |
| **Plaintiff,** | ) | **COMPLAINT** |
| | ) | |
| v. | ) | |
| | ) | |
| **FIDELIS CARE CORPORATION** | ) | |
| C/O Registerd Agent | ) | |
| Santo Russo Chief Financial Officer | ) | |
| 9525 Queens Blvd | ) | |
| Rego Park, NY 11374-4510 | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff, The University Hospital, by and through its counsel, and for its cause of action against Defendant, Fidelis Care Corporation herein referred to as Fidelis Care, states the following:

1. The within cause of action arose in Hamilton County, Ohio.

2. At all times relevant, Plaintiff, The University Hosptial, was a not-for-profit corporation, registered in the State of Ohio, conducting business as a hospital.

3. At all times relevant, Defendant Fidelis Care was a for-profit corporation, registered in the State of New York, doing business as a health insuring corporation.

4. At all times relevant, Fidelis Care was a Managed Care Organization (MCO) or Managed Care Plan (MCP) as defined in OAC § 5160-26-01(S).

## COUNT I

5. Plaintiff incorporates paragraphs 1 through 4 as if fully rewritten here.

6. Between February 7, 2021 and April 27, 2021, Plaintiff treated a patient herein referred to as E.N, who was an insured member through the Defendant's Managed Care Plan.

7. The patient was admitted to the hospital for emergent care treatment.

8. Plaintiff was assigned the patient's rights and interest from any and all insurance policies, employer-sponsored group health plans, and/or any other responsible private or governmental third-party payer for health care services, which included Defendant Fidelis Care.

9. Plaintiff treated Defendant's insured, EN account number *****2572 from February 7, 2021 through April 27, 2021.

10. Plaintiff obtained authorization of treatment from Defendant Fidelis Care.

11. Following E.N's discharge from the hospital, a bill for $3,757,694.32 was submitted to Fidelis Care for services rendered to E.N.

12. On or around May 21, 2021, Defendant Fidelis Care issued payment to the hospital in the amount of $117,269.85.

13. Defendant Fidelis Care underpaid the DRG rate of payment for medical services by $29,680.76 without providing a detailed explanation.

14. Plaintiff, The University Hospital, initiated and exhausted Fidelis Care's internal administrative appeal process to no avail.

15. Defendant Fidelis Care provided inconsistent information, which served to prevent an appropriate review of the matter.

16. Upon information and belief, Defendant's Managed Care Plan (MCP) with the individual patient covers the emergency room and any other treatment provided by Plaintiff.

17. Plaintiff and Defendant do not have a provider agreement or any other contract in place that would control dispute resolution or payment as to Managed Care Plan patients.

18. Although demand for an additional payment has been made upon the Defendant to liquidate the balance due and owing Plaintiff, Defendant has failed to do so.

19. Fidelis Care is further indebted to Plaintiff in the amount of $29,680.76 for services rendered to their insured E.N based on the Ohio DRG rate.

## COUNT II

20. Plaintiff incorporates paragraphs 1 through 19 as if fully rewritten here.

21. Plaintiff was assigned the patient's rights and interest from any and all insurance policies, employer-sponsored group health plans, and/or any other responsible private or governmental third-party payer for health care services, which included Defendant Fidelis Care.

22. Plaintiff treated Defendant's insured, E.N account number *****2572 from February 7, 2021 through April 27, 2021.

23. Plaintiff obtained authorization of treatment from Defendant Fidelis Care.

24. Following E.N's discharge from the hospital, a bill for $3,757,694.32 was submitted to Fidelis Care for services rendered to E.N.

25. Plaintiff relied on Defendant's authorization of treatment for E.N and expected a high cost outlier rate of payment in association with services.

26. On or around May 21, 2021, Defendant Fidelis Care issued payment to the hospital in the amount of $117,269.85, only.

27. Defendant's payment did not include the outlier cost payment.

28. Defendant Fidelis Care failed to provide any basis for not including the outlier cost payment.

29. Plaintiff, The University Hospital, initiated and exhausted Fidelis Care's internal administrative appeal process to no avail.

30. Defendant Fidelis provided inconsistent information, which served to delay an appropriate review of the claim.

31. Upon information and belief, Defendant's Managed Care Plans (MCPs) with the individual patient covers the emergency room and any other treatment provided by Plaintiff.

32. Plaintiff and Defendant do not have a provider agreement or any other contract in place that would control dispute resolution or payment as to Managed Care Plan patients.

33. Although demand for the outlier payment has been made upon the Defendant to liquidate the balance due and owing Plaintiff, Defendant has failed to do so.

34. Fidelis Care is indebted to Plaintiff in the amount of $444,740.49 for services rendered to their insured E.N.

WHEREFORE, Plaintiff respectfully requests this Court grant judgment against Defendant in the amount of $474,421.25 along with any other costs and attorney fees it deems just.

Respectfully submitted,

**DREYFUSS WILLIAMS & ASSOCIATES CO., L.P.A.**

By: */s/ Michael T. Williams*
Michael T. Williams (0059933)
Yuri R. Venters (0086963)
6060 Rockside Woods Blvd. N., Suite 235
Independence, Ohio 44131-2375
Phone: (216) 241-5300
Fax: (216) 241-2735
Email: mwilliamsdreyfuss.com
Email: yrventers@dreyfuss.com

ATTORNEYS FOR PLAINTIFF